# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1296

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Agapito Napoles-Garcia, also known as | * | District of Nebraska. |
| Agapito Napoles-Jiminez, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: June 7, 2001
Filed: June 12, 2001

_____

Before HANSEN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Agapito Napoles-Garcia pleaded guilty to illegally re-entering the United States, in violation of 8 U.S.C. § 1326(a). His sentence was enhanced under 8 U.S.C. § 1326(b) because he had previously been deported after conviction for an aggravated felony. The district court[1] sentenced him to 57 months of imprisonment and 2 years of supervised release. On appeal, counsel has filed a brief and moved to withdraw under

_____

[1]The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.

<u>Anders v. California</u>, 386 U.S. 738 (1967), and Napoles-Garcia has not filed a pro se supplemental brief.

Counsel first argues that Napoles-Garcia's prior deportation following his conviction for an aggravated felony was an element of the instant offense under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), and that the district court's failure to so advise him rendered his guilty plea invalid. This argument lacks merit. <u>See</u> <u>Almendarez-Torres v. United States</u>, 523 U.S. 224, 226-27 (1998); <u>United States v. Raya-Ramirez</u>, 244 F.3d 976, 977 (8th Cir. 2001). Second, counsel argues that the sentence imposed is too harsh. This does not provide a valid basis for appeal. <u>See</u> 18 U.S.C. § 3742(a).

Having located no nonfrivolous issues for appeal after reviewing the record independently pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we affirm the judgment of the district court and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.